# Court of Appeals
# of the State of Georgia

ATLANTA,  February 12, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1304.  CHRISTOPHER M. HUNT, SR. v. NATIONSTAR MORTGAGE, LLC et al.

The superior court dismissed Christopher M. Hunt Sr.'s notice of appeal for want of prosecution on October 22, 2018.[1] Hunt then file several motions for reconsideration, which the superior court denied in a single order dated December 10, 2018. Hunt filed this direct appeal on December 13, 2018. We, however, lack jurisdiction.

Pretermitting whether Hunt possesses a right of direct appeal here, his notice of appeal is untimely. A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). The filing of a motion for reconsideration does not extend the time for filing a notice of appeal, and the denial of a motion for reconsideration is not itself a directly appealable order. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Here, Hunt's notice of appeal, filed 52 days after entry of the order he wishes to appeal, was untimely.

---

[1] The record does not contain a copy of the order that led Hunt to file a notice of appeal in the trial court on August 15, 2018.

Based on the foregoing, Hunt's appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _02/12/2019_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*